

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00632-CV

## EWING CONSTRUCTION CO., INC., RODDY BLACK, AND WILLIAM EWING JR.
### V.
## MCM COMMERCIAL CONCRETE, INC.

On Appeal from the
347th District Court of Nueces County, Texas
Trial Cause No. 2013DCV-3887-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

May 14, 2015